# EXHIBIT A

# LEOPOLD & ASSOCIATES, PLLC

80 Business Park Drive, Suite 110
Armonk, NY 10504-1705
Phone: 914-219-5787
Fax: 914-219-5522

February 4, 2015

VIA FIRST CLASS
VIA CERTIFIED MAIL (RETURN RECEIPT REQUESTED)

Annie Smith
42 Union Avenue
Mount Vernon, NY 10550
Certified Mail #: 7014-2120-0002-0940-8163

Re: Annie Smith and Estate Of Kathy Smith
Property: 42 Union Avenue, Mount Vernon, NY 10550
Loan #7090779583

Dear Annie Smith and Estate Of Kathy Smith:

Please be advised that this office has been retained by Ocwen Loan Servicing, LLC, servicing agent for the Deutsche Bank National Trust Company as Trustee for GSAMP 2002-HE2, Mortgage Pass Through Certificates, Series 2002-HE2 to commence appropriate legal proceedings to foreclose the mortgage it holds on your home at 42 Union Avenue, Mount Vernon, NY 10550.

YOU COULD LOSE YOUR HOME. PLEASE READ THE FOLLOWING NOTICE CAREFULLY.

AS OF February 4, 2015, YOUR HOME LOAN IS 928 DAYS IN DEFAULT. UNDER NEW YORK STATE LAW, WE ARE REQUIRED TO SEND YOU THIS NOTICE TO INFORM YOU THAT YOU ARE AT RISK OF LOSING YOUR HOME. YOU CAN CURE THIS DEFAULT BY MAKING THE PAYMENT OF $91,694.92 BY April 3rd, 2015.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY THIS OFFICE WILL BE USED FOR THAT PURPOSE.**

IF YOU ARE EXPERIENCING FINANCIAL DIFFICULTY, YOU SHOULD KNOW THAT THERE ARE SEVERAL OPTIONS AVAILABLE TO YOU THAT MAY HELP YOU KEEP YOUR HOME. ATTACHED TO THIS NOTICE IS A LIST OF GOVERNMENT APPROVED HOUSING COUNSELING AGENCIES IN YOUR AREA WHICH PROVIDE FREE OR VERY LOW-COST COUNSELING. YOU SHOULD CONSIDER CONTACTING ONE OF THESE AGENCIES IMMEDIATELY. THESE AGENCIES SPECIALIZE IN HELPING HOMEOWNERS WHO ARE FACING FINANCIAL DIFFICULTY. HOUSING COUNSELORS CAN HELP YOU ASSESS YOUR FINANCIAL CONDITION AND WORK WITH US TO EXPLORE THE POSSIBILITY OF MODIFYING YOUR LOAN, ESTABLISHING AN EASIER PAYMENT PLAN FOR YOU, OR EVEN WORKING OUT A PERIOD OF LOAN FORBEARANCE. IF YOU WISH YOU MAY ALSO CONTACT THE LOAN SERVICER DIRECTLY AT 1-877-596-8580 AND ASK TO DISCUSS POSSIBLE OPTIONS.

WHILE WE CANNOT ASSURE THAT A MUTUALLY AGREEABLE RESOLUTION IS POSSIBLE, WE ENCOURAGE YOU TO TAKE IMMEDIATE STEPS TO TRY TO ACHIEVE A RESOLUTION. THE LONGER YOU WAIT, THE FEWER OPTIONS YOU MAY HAVE.

IF THIS MATTER IS NOT RESOLVED WITHIN 90 DAYS FROM THE DATE THIS NOTICE WAS MAILED, WE MAY COMMENCE LEGAL ACTION AGAINST YOU (OR SOONER IF YOU CEASE TO LIVE IN THE DWELLING AS YOUR PRIMARY RESIDENCE.)

IF YOU NEED FURTHER INFORMATION, PLEASE CALL THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES' TOLL-FREE HELPLINE AT 1-877-BANK-NYS (1-877-226-5697) OR VISIT THE DEPARTMENT'S WEBSITE AT HTTP://WWW.DFS.NY.GOV


Very truly yours,

Leopold & Associates, PLLC.


Enc.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY THIS OFFICE WILL BE USED FOR THAT PURPOSE.**

# LIST OF GOVERNMENT APPROVED HOUSING COUNSELING AGENCIES IN YOUR AREA

**Westchester**

| Housing Agency | Street Address | City, State Zip | Phone | Additional Information |
|---|---|---|---|---|
| Community Capital Resources | 7 West Cross Street | Hawthorne, NY 10532 | 914-747-8020 | |
| Community Housing Innovations, Inc. | 190 East Post Road Suite #401 | White Plains, NY 10601 | 914-683-1010 Ext: 233 | |
| Family Resource Center of Peekskill, Inc. (FRC) | 156-2 North Division Street | Peekskill, NY 10566 | 914-739-0411 | |
| Greenpath | 3250 Westchester Avenue, Suite 111 | Bronx, NY 10461 | 888-776-6738 | Serving Bronx and northern Westchester county, Make appointments by phone first |
| Housing Action Council | 55 South Broadway | Tarrytown, NY 10591 | 914-332-4144 | |
| Housing Action Council (located within the Preservation Co. of the Peekskill Area Health Center Office) | 55 Bank Street | Peekskill, NY 10566 | 914-734-8928 OR 914-734-8889 | |
| Human Development Services of Westchester, Inc. | 28 Adee Street | Port Chester, NY 10573 | 914-939-2005 | Also serves surrounding areas. English/ Spanish speaking counselors available. |
| Neighborhood Housing Services of North Bronx | 1451 East Gun Hill Road | Bronx, NY 10469 | 718-732-8151 | Serving southern Westchester and Bronx NIS |
| Rockland Housing Action Coalition | 95 New Clarkstown Road | Nanuet, NY 10954 | 845-352-3819 | |
| Westchester Residential Opportunities, Inc. | 470 Mamaroneck Ave, Suite 410 | White Plains, NY 10605-1830 | 914-428-4507 OR 877-WRO-4YOU | |

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY THIS OFFICE WILL BE USED FOR THAT PURPOSE.**

## CONSUMER NOTICE PURSUANT TO 15 U.S.C. SECTION 1692(G)

Unless you notify this office, in writing, within thirty (30) days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within thirty (30) days from the receipt of this notice that you dispute the debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and a copy of such judgment or verification will be mailed to you by this office. If you request, in writing, within thirty (30) days after receipt of this notice, this office will provide to you the name and address of the original creditor for the specified debt, if different from the current creditor. If you send a notice seeking any of the above information within thirty (30) days from the receipt of this notice, we will stop our collection efforts until we mail the requested information.

Name of the creditor:     Deutsche Bank National Trust Company as Trustee for GSAMP 2002-HE2, Mortgage Pass Through Certificates, Series 2002-HE2

Amount of the debt:     $207,382.19

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY THIS OFFICE WILL BE USED FOR THAT PURPOSE.**